FILED
JAMES J. VILT, JR. - CLERK

OCT 22 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**SANSAREYA REYES** (Counts 1, 3, 4, 6-16)
**ISHIA REYES** (Counts 1, 2, 5, 9, 10, 17-19)
**DOMINIQUE PRUITT** (Counts 1, 4, 6, 8, 9, 15-16)
**ROMELL TAYLOR** (Counts 1, 10-14, 20-21)

INDICTMENT

NO. 3:25CR163 CRS

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 2461
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 851
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Possess with Intent to Distribute Controlled Substances)*

Beginning on a date unknown to the Grand Jury, but at least as early as on or about August 2021, and continuing up to and through on or about August 4, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES, ISHIA REYES, DOMINIQUE PRUITT**, and **ROMELL TAYLOR**, the defendants herein, conspired with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distributed controlled substances, including fifty (50) grams or more of methamphetamine, forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," and a

mixture and substance containing a detectable amount of cocaine, all Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Methamphetamine)*

On or about May 20, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **ISHIA REYES**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 3
*(Distribution of Controlled Substances)*

On or about May 25, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES**, a defendant herein, knowingly and intentionally distributed five (5) grams or more of methamphetamine and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 4
*(Distribution of Controlled Substances)*

On or about May 31, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **DOMINIQUE PRUITT**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed five (5) grams or more of methamphetamine and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 5
*(Distribution of Methamphetamine)*

On or about June 2, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **ISHIA REYES**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 6
*(Distribution of Controlled Substances)*

On or about June 2, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **DOMINIQUE PRUITT**, defendants herein, aided and abetted by

each other and others, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7
*(Distribution of Controlled Substances)*

On or about June 6, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES**, a defendant herein, knowingly and intentionally distributed five (5) grams or more of methamphetamine and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 8
*(Distribution of Fentanyl)*

On or about June 14, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **DOMINIQUE PRUITT**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly

known as "fentanyl," a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 9
*(Distribution of Controlled Substances)*

On or about June 28, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES, ISHIA REYES,** and **DOMINIQUE PRUITT**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 10
*(Distribution of Controlled Substances)*

On or about June 30, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES, ISHIA REYES,** and **ROMELL TAYLOR**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine and a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 11
*(Distribution of Controlled Substances)*

On or about July 6, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **ROMELL TAYLOR**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 12
*(Distribution of Methamphetamine)*

On or about July 13, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **ROMELL TAYLOR**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more

of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 13
*(Distribution of Controlled Substances)*

On or about July 20, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **ROMELL TAYLOR**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 14
*(Distribution of Controlled Substances)*

On or about July 27, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **ROMELL TAYLOR**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed fifty (50) grams or more

of methamphetamine and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 15
*(Possession with Intent to Distribute Controlled Substances)*

On or about August 4, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **DOMINIQUE PRUITT**, defendants herein, aided and abetted by each other and others, knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 16
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about August 4, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **SANSAREYA REYES** and **DOMINIQUE PRUITT**, defendants herein, aided and

abetted by each other and others, knowingly possessed a firearm, that is, a Taurus, model G2C, 9-millimeter handgun, bearing serial number ACD828402, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

The Grand Jury further charges:

## COUNT 17
*(Possession with Intent to Distribute Controlled Substances)*

On or about August 4, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **ISHIA REYES**, a defendant herein, aided and abetted by another or others, knowingly and intentionally possessed with the intent to distribute fifty (50) grams or more of methamphetamine, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a mixture and substance containing a detectable amount of oxycodone, and mixture and substances containing a detectable amount of cocaine, Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 18
*(Possession of a Firearm by a Prohibited Person)*

On or about August 4, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **ISHIA REYES**, a defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 19, 9-millimeter handgun, bearing serial number BSWW788, and

ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about May 14, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-0174-001, **ISHIA REYES**, was convicted of the offenses of Robbery in the Second Degree, Assault in the Second Degree, Enhanced Possession of a Controlled Substance – 1st Degree – 1st Offense – Cocaine, Enhanced Possession of a Controlled Substance – 1st Degree – 1st Offense – Heroin, and Enhanced Possession of Drug Paraphernalia; and
>
> On or about May 14, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-1542, **ISHIA REYES**, was convicted of the offenses of Promoting Contraband – 1st Degree and Possession of a Controlled Substance – 1st Degree – 1st Offense – Cocaine.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 19
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about August 4, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **ISHIA REYES**, a defendant herein, knowingly possessed a firearm, that is, a Glock, model 19, 9-millimeter handgun, bearing serial number BSWW788, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 20
*(Possession with Intent to Distribute Controlled Substances)*

On or about August 4, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **ROMELL TAYLOR**, a defendant herein, knowingly and intentionally possessed with the intent to distribute fifty (50) grams or more of methamphetamine and forty (40) grams or more

of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 21
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about August 4, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **ROMELL TAYLOR**, a defendant herein, knowingly possessed a firearm, that is, a Ruger, model LCP, .380 caliber handgun, bearing serial number 372207625; a Glock, model 19GEN4, 9-millimeter handgun, bearing serial number TTV545; and a Glock, model 45, 9-millimeter handgun, bearing serial number BPBS151, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## INFORMATION OF PRIOR CONVICTION

At the time of the offenses charged in this Indictment, **ISHIA REYES**, a defendant herein, had been convicted of one or more serious violent felony offenses, as defined in Title 21, United States Code, Section 802(58), specifically:

> On or about May 14, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-0174-001, **ISHIA REYES**, was convicted of the offenses of Assault in the Second Degree and Robbery in the Second Degree, for which he served a term of imprisonment for more than 12 months;

and is therefore subject to increased punishment.

Pursuant to Title 21, United States Code, Sections 841, 846, and 851.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **SANSAREYA REYES**, **ISHIA REYES**, **DOMINIQUE PRUITT**, and **ROMELL TAYLOR**, the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of said offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, and any property involved in or traceable thereto, including, but not limited to: a Taurus, model G2C, 9-millimeter handgun, bearing serial number ACD828402; a Glock, model 19, 9-millimeter handgun, bearing serial number BSWW788; a Ruger, model LCP, .380 caliber handgun, bearing serial number 372207625; a Glock, model 19GEN4, 9-millimeter handgun, bearing serial number TTV545; a Glock, model 45, 9-millimeter handgun, bearing serial number BPBS151; ammunition; and $1,933 in United States Currency.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(c)(1)(A), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **SANSAREYA REYES**, **ISHIA REYES**, **DOMINIQUE PRUITT**, and **ROMELL TAYLOR**, the defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to: a Taurus, model G2C, 9-millimeter handgun, bearing serial number ACD828402; a

Glock, model 19, 9-millimeter handgun, bearing serial number BSWW788; a Ruger, model LCP, .380 caliber handgun, bearing serial number 372207625; a Glock, model 19GEN4, 9-millimeter handgun, bearing serial number TTV545; a Glock, model 45, 9-millimeter handgun, bearing serial number BPBS151; and ammunition.

A TRUE BILL.

Redacted

*/s/ Kyle Bumgarner*

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:FED:APG:10202025

UNITED STATES OF AMERICA v. **SANSAREYA REYES, ISHIA REYES, DOMINIQUE PRUITT,** and **ROMELL TAYLOR**

## PENALTIES

| | |
|---|---|
| Count 1: | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./NM Life Supervised Release (methamphetamine) |
| | (NL 15 yrs./NM Life/NM $10,000,000/both/NL 8 yrs. Supervised Release (with one prior qualifying conviction)) (ISHIA REYES) |
| | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./NM Life Supervised Release (fentanyl) |
| | (NL 10 yr./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with one or more prior qualifying convictions))(ISHIA REYES) |
| | NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release (cocaine) |
| | (NM 30 yr./NM Life/$2,000,000/both/NL 6 yrs. Supervised Release (with one or more prior qualifying convictions))(ISHIA REYES) |
| Counts 2, 5, 6, 9-14, 17, 20 | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./NM Life Supervised Release (each count) |
| | (NL 15 yrs./NM Life/NM $10,000,000/both/NL 8 yrs. Supervised Release (with one prior qualifying conviction))(each count)(ISHIA REYES) |
| Counts 3, 4, 7: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./NM Life Supervised Release (each count) |
| | (NL 10 yr./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with one or more prior qualifying convictions))(each count)(ISHIA REYES) |
| Counts 8, 15: | NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release (each count) |
| Counts 16, 19, 21: | NL 5 yrs. consecutive/$250,000/both/NM 5 yrs. Supervised Release (each count) |
| Count 18: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

## николаNOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. §§ 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        <u>For offenses occurring after December 12, 1987</u>:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.